\*BOTKIN, KELLAR, AND McNEAL *v.* COMMISSIONERS OF [**375**
PICKAWAY COUNTY.

*Judgment—Amendment.*

Final judgment is **not amendable at a subsequent term, except in matter of form.**

THIS case came before the court upon a writ of *certiorari* to bring up certain proceedings before the common pleas of Pickaway county. An action of debt was brought in the name of the commissioners against Botkin, Kellar, and McNeal, securities in a sheriff's bond. At April term, 1820, judgment was rendered for the plaintiff. Instead of directing execution to issue for the sum due, the judgment was worded to be discharged by the payment of so much money.

At July term, 1824, notice was given to the defendants that a motion would be made to amend the judgment; upon this motion the court of common pleas directed the judgment of April term, 1820, to be amended, by striking out the words "*to be discharged by the payment of*," and inserting in their place, "*and that execution issue thereon for*." To reverse this order of amendment, the *certiorari* was sued out, and the decision adjourned to this court by the supreme court of Pickaway county.

By the COURT:

The order of the common pleas of Pickaway county must be reversed. The court of common pleas have no authority to amend a final judgment at a term subsequent to that in which it is rendered, except in mere matter of form. The alteration made in this judgment was in a material and substantial, and not a formal circumstance.